NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AARON LEWIS JOHNSON,                    )
                                        )
        Appellant,                      )
                                        )
v.                                      )        Case No. 2D18-1329
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                       )
                                        )
_____)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.